## TEXAS *v.* UNITED STATES.

No. 1218.  Decided May 2, 1966.

*Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, and *Mary K. Wall*, Assistant Attorney General, for appellant.

*Solicitor General Marshall* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.  *Harper* v. *Virginia State Board of Elections*, 383 U. S. 663.

MR. JUSTICE BLACK dissents for the reasons given in his dissenting opinion in *Harper* v. *Virginia State Board of Elections, supra.*

MR. JUSTICE HARLAN, joined by MR. JUSTICE STEWART, dissents for the reasons given in his dissenting opinion in *Harper* v. *Virginia State Board of Elections, supra.*